# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130975

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LYON FINANCIAL SERVICES, INC., d/b/a
U.S. BANCORP BUSINESS EQUIPMENT
FINANCE GROUP,
　　　　　　　Plaintiff-Appellee,

v

EAGLE TRANSPORT SERVICES, INC.,
　　　　　　　Defendant,
and

JACK P. BOSS,
　　　　　　　Defendant-Appellant.

SC: 130975
COA: 265387
Ottawa CC: 04-050797-CK

_____/

　　　　On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

t0724